**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-80T** **DATE: July 7, 2005**

**TITLE: USA v. John A. Celona**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Gerry Sullivan, AUSA
Bill Dimitri, Esq.
Maureen Legault, Pretrial Services

**PROCEEDINGS:**

Arraignment on Criminal Information and Bail Hearing:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Waiver of Indictment
Court informs Deft of rights.
Deft understands rights and signs waiver.
Court accepts waiver.
Not guilty plea entered.
Govt requests bail.
Deft requests bail.
Deft released on $10,000.00 unsecured bond and conditions.
Deft advised of penalties.
Deft understands penalties.