AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

John A. Celona

APPEARANCE

CASE NUMBER: CR 05-80 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John A. Celona

I certify that I am admitted to practice in this court.

July 7, 2005
*Date*

[signature]
*Signature*

William C Dimitri — 3127
*Print Name* — *Bar Number*

462 Broadway
*Address*

Prov — RI — 02909
*City* — *State* — *Zip Code*

273-9092 — 331-1898
*Phone Number* — *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.