AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOHN A. CELONA

## WAIVER OF INDICTMENT

CASE NUMBER: CR 05-80T

I, JOHN A. CELONA, the above named defendant, who is accused of

Honest Serice Mail Fraud in violation of 18 U.S.C. Sections 1341 & 1346

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 7, 2005 *Date* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant*

*Counsel for Defendant*

Before
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.