# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOHN A. CELONA

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 05-80T

(Name and Address of Defendant)

JOHN A. CELONA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Thursday, July 7, 2005 at 11:30 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1341 and 1346

Brief description of offense:

Honest Services Mail Fraud

[signature]

Signature of Issuing Officer

June 27, 2005

Date

Martha Saucier/ Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Magistrate Court 2 Exchange Terr. Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/7/05
Date

Burton Stallwood
Name of United States Marshal

Robert D Young
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served by FAX.

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL -8 P 5:04
FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.