**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-80T** **DATE**: August 25, 2005
**TITLE OF CASE:** **USA v. John Celona**

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT:**

Government: Gerard B. Sullivan, AUSA

Defendant: William C. Dimitri, Esquire

---

**PROCEEDINGS:** **Change of Plea**

All counsel of record present. Defendant present. Probation present. Court addresses. Government summarizes charges, elements of proof, maximum potential penalties and terms of the plea agreement. Plea agreement amended in open court. Amendments acknowledged and agreed to by all parties. Defendant sworn. Court questions defendant. Court reviews rights defendant waives by entering a plea of guilty and the difference between a plea of guilty and a plea of not guilty. Government summarizes facts it would prove at trial. Court further questions the defendant. Court finds the defendant competent and able to enter an informed plea. Court finds plea voluntary and made of defendant's own free will. Court accepts defendant's plea of guilty as to Counts 1, 2 and 3 of the Information. Sentencing scheduled for Friday, December 9, 2005 at 10:45 a.m. Court allows defendant to continue on same bail and conditions of release as previously set.

Recess