**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-080T |
| | ) | |
| JOHN A. CELONA | ) | |

**GOVERNMENT'S MOTION FOR**
**A CONTINUANCE OF THE SENTENCING IN THIS MATTER**

Now comes the United States, by and through its undersigned attorneys, and requests a continuance of the sentencing hearing in this matter. The sentencing in this matter is currently scheduled for November 11, 2005. The United States respectfully requests a continuance of the sentencing hearing for six months, up to and including May 11, 2006, because the defendant is cooperating in the Government's continuing investigation. Defendant's counsel, William DiMitri, Jr., Esq., joins in this motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARKE CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, I caused to be sent via first class regular mail, a true copy of the within Government's Motion for a Continuance of Sentencing to:

William Dimitri, Jr., Esq.
Dimitri Law Offices
462 Broadway
Providence, RI 02909